IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:04 CV 386

|  |  |
|---|---|
| ANDREW JENKINS, </br></br> Plaintiff, </br> v. </br></br> CITY OF CHARLOTTE, </br></br> Defendant. | ORDER </br> FOR CONSOLIDATION </br> OF ACTIONS |

THIS MATTER IS BEFORE THE COURT on the Plaintiff's Motion to Consolidate two cases numbered 3:04 CV 386 and 3:04 CV 610 filed on July 7, 2006 by and through his attorney Tamara W. Brooks. The parties have consented to this motion to consolidate and designate the case number 3:04 CV 386 as the lead case.

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Consolidate the actions is granted.

**SO ORDERED**.

Signed: July 12, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge