# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Andrew Jenkins,

    Plaintiff(s),

vs.

City of Charlotte

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-386

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2007 Order.

**Signed: April 20, 2007**

Frank G. Johns, Clerk
United States District Court